# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Dana Ahern, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10542-DRH |
| *Amanie-Emma Awny v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11826-DRH |
| *Kaylyn Bahnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10497-DRH |
| *Caitlyn Brinson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10018-DRH |
| *Alexa Cornell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13004-DRH |
| *Jenny Goff, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11505-DRH |
| *Karen Hillion, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11768-DRH |
| *Pamela Kellen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10771-DRH |
| *Angel Luepnitz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20116-DRH |
| *Patricia Maples v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10587-DRH |
| *Meghan Pienta v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11141-DRH |
| *Debbie Rosser v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-20099-DRH |
| *Emily Rowland, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20035-DRH |

*Cheryl Walker, et al. v. Bayer HealthCare*          No. 11-cv-10798-DRH
*Pharmaceuticals Inc., et al.*

*Elaine Woodgate v. Bayer HealthCare*             No. 12-cv-10392-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 8, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


                                        **JUSTINE FLANAGAN,**
                                        **ACTING CLERK OF COURT**

                                        **BY:   /s/*Caitlin Fischer***
                                               **Deputy Clerk**

**Dated:**  July 9, 2014

                                        Digitally signed by
                                        David R. Herndon
                                        Date: 2014.07.09
                                        12:26:05 -05'00'

**APPROVED:**

          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**